UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DAWN MCCOY<br>17239 Creekside Drive<br>Brandywine, MD 20613<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA<br><br>SERVE:   Robert K. Hur, Esq.<br>              United States Attorney for the<br>              District of Maryland<br>              United States Attorney's Office<br>              6406 Ivy Lane<br>              Greenbelt, MD 20770<br><br>  -and-<br><br>              Hon. William Barr<br>              Attorney General of the<br>              United States<br>              Department of Justice<br>              950 Pennsylvania Ave. N.W.<br>              Washington, DC 20530<br><br>      Defendant. | Case No. 9:20-CV-1899 |

## **COMPLAINT**

COMES NOW Plaintiff, Dawn McCoy ("Plaintiff") by and through her attorney, and makes this Complaint against Defendant The United States of America, and for her cause of action states as follows:

## **THE PARTIES**

1. Plaintiff is an individual who resides at the above address and suffers from permanent injuries.

2. At all relevant times, Defendant The United States of America, by and through its

agents and/or employees (the United States Postal Service), owned, inspected and/or maintained exclusive possession and control over the uneven pavement outside of the Brandywine United States Post Office that injured the Plaintiff, and the premises where that injury took place.

## TIMING

3. On July 12, 2019, within two years of the date of the actions giving rise to this cause of action, Plaintiff filed with Defendant The United States of America, Claims for Injury Standard Form 95 ("SF-95"), specifically alleging the facts contained herein.

4. The SF-95 was received and acknowledged by Defendant The United States of America on July 23, 2019.

5. This Complaint is filed at least six months after Plaintiff filed the SF-95 with Defendant The United States of America.

6. This suit is, therefore, timely filed pursuant to 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675(a).

## JURISDICTION

7. This Court has jurisdiction pursuant to 28 U.S.C. § 2674, the Federal Tort Claims Act and 28 U.S.C. § 1346(b)(1).

## VENUE

8. Venue before this Court is proper under 28 U.S.C. § 1402(b) as this case arises out of conduct which occurred in Maryland.

## COUNT I
(Negligence- The United States of America)

9. Defendant, The United States of America, is a government entity which, at all

times relevant herein, leased space at 14109 Brandywine Road, Brandywine, MD 20613 for a United States Post Office.

9. At all times relevant herein the United States Postal Service was a government agency responsible for the inspection and overall maintenance of the parking lot in front of the said United States Post Office.

10. On or about September 12, 2017, Plaintiff was visiting the United States Post Office located at 14109 Brandywine Road, Brandywine, MD 20613. Plaintiff was exiting her vehicle in front of the said United States Post Office when she lost her footing in the parking lot that was covered with uneven pavement. Plaintiff fell and sustained numerous injuries.

13. The Plaintiff's injuries include but are not limited to: a fractured left ankle requiring surgery and extensive and continuing physical therapy; multiple fractures in her foot requiring surgery and extensive and continuing physical therapy; lost wages; medical bills; emotional distress; and scarring and disfigurement.

14. Defendant, The United States of America, by and through its agents, servants and/or employees, owed a duty to Plaintiff to exercise reasonable care and diligence to properly inspect, clean, and maintain the pavement on the premises so as to reasonably ensure the safety of all persons lawfully upon and using the parking lot to access the said United States Post Office; to take all reasonable and necessary steps under the circumstances to eliminate hazardous conditions from the grounds of the said United States Post Office; to take all reasonable and necessary steps to ensure the safety of all persons on the premises; to reasonably protect all persons lawfully upon and using the premises from unsafe conditions of which it knew or had reason to know existed; and to comply with all laws and regulations then and there in effect.

15. Defendant, The United States of America, its agents, servants and/or employees

had a duty to Plaintiff to exercise reasonable care and diligence to properly inspect, clean, maintain, and timely repair the pavement on the premises to assure that hazardous conditions of which it knew, or should have known, were not allowed to exist on the parking lot and to warn the public, including the Plaintiff of any such hazard.

16. Defendant, The United States of America, its agents, servants and/or employees, breached its duty to Plaintiff by failing to exercise reasonable care and diligence to properly inspect, clean, maintain and timely repair the pavement on the premises so as to reasonably ensure the safety of all persons lawfully upon and using the parking lot to access the said United States Post Office; failing to exercise reasonable care and diligence to assure that hazardous conditions of which it knew, or should have known, were not allowed to exist on the parking lot.

15. As a direct and proximate result of the negligence of Defendant, The United States of American, Plaintiff suffered, and will continue to suffer serious and permanent bodily injury including, but not limited to, a fractured left ankle requiring surgery and extensive and continuing physical therapy, multiple fractures in her foot requiring surgery and extensive and continuing physical therapy, physical pain, emotional distress, scarring and disfigurement, past lost wages, future lost wages and diminished earning capacity.

16. As a further direct and proximate result of Defendant's negligence, Plaintiff has incurred, and will continue to incur substantial expenses for medical treatment and care, and has suffered and continue to suffer great physical pain and mental anguish.

WHEREFORE, Plaintiff demands judgment against Defendant The United States of America, in the amount of ten million dollars ($10,000,000.00), together with interest and costs, and such other relief as this Court finds just and proper.

Dated: June 23, 2020

RESPECTFULLY SUBMITTED,

/s/ Adam R. Leighton
Adam R. Leighton, #17097
Cohen, Cohen, Leighton & Rodney
d/b/a Cohen & Cohen
1220 19th Street, NW
Suite 500
Washington, DC 20036
P: (202) 955-4529
F: (202) 955-3142
E: arl@cohenandcohen.net
*Attorney for Plaintiff*